

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

**MEMO ENDORSED**

August 25, 2023

*Via ECF*
Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Mr. Walker's application to permit travel, as described in this letter, is GRANTED.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 8/28/2023
> New York, New York

Re: United States v. Rashawn Walker
    Case No. 23-cr-373 (ER)

Dear Judge Ramos:

    I represent Rashawn Walker in the above matter. Mr. Walker is respectfully requesting a modification of the travel restrictions on his bail conditions to permit him to travel to Florida to attend a wedding from approximately September 22, 2023 and return on September 25, 2023. The ceremony will take place on September 23, 2023, at Good Shepherd Catholic Church at 14187 SW 72nd Street, Miami FL at 1:45 pm and the reception will take place at the Spur of The Moment Ranch located at 24700 SW 152nd Ave, Homestead FL from 4:30 - 10:30 pm. Mr. Walker will provide all travel details to his Pretrial Service Officer ("PTSO") Meherun Mayer, should Your Honor grant this request.

    PTSO, Meherun Mayer, has no objection to this travel request as long as Mr. Walker provides her with an itinerary prior to the trip. AUSA, Mitzi Steiner, defers to Pretrial Services.

    Your Honor's time and consideration of this request is greatly appreciated.

                              Respectfully submitted,
                              s/ Lorraine Gauli-Rufo,
                              Lorraine Gauli-Rufo,
                              *Attorney for Rashawn Walker*

cc: Mitzi Steiner, AUSA
     Jamie Bagliebter, AUSA
     Meherun Mayer, PTSO

1