

NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

**MEMO ENDORSED**

January 30, 2024

> The application to appoint Hannah Eaves, Esq. as an associate is granted.
> SO ORDERED.
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 1/31/2024
> New York, New York

*Via ECF*
Honorable Edgardo Ramos
District Court Judge
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

Re:   *USA v. Seymour, et al. (Rashawn Walker)*
      23-cr-373 (ER)

Dear Judge Ramos:

   As CJA counsel to Rashawn Walker, a defendant in the above action, I respectfully request the Court appoint, Hannah Eaves, Esq., as an associate pursuant to the Criminal Justice Act 18 U.S.C. § 3006A, to assist me in this matter.  In particular, she should assist conducting legal research, drafting motions in preparation for trial and sitting at counsel table during trial.  I request that Ms. Eaves be authorized to work up to 100 hours at a rate of $100 per hour, a standard rate for associates appointed under the Act.

   Ms. Eaves is an associate in my office, who has assisted me in other CJA matters.  I believe having a second attorney on the case to assist in trial preparation, motions, reviewing evidence and research would be cost effective.

   Your Honor's consideration of this request is greatly appreciated.

                                        Respectfully submitted,

                                        Lorraine Gauli-Rufo, Esq.
                                        Attorney for Rashawn Walker