

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

**MEMO ENDORSED**

May 10, 2024

*Via ECF*
Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The application to travel as set forth below is granted.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: __5/10/2024__
> New York, New York

Re: United States v. Rashawn Walker
Case No. 23-cr-373 (ER)

Dear Judge Ramos:

    I represent Rashawn Walker in the above matter. Mr. Walker is respectfully requesting a modification of the travel restrictions on his bail conditions to permit him to travel to South Carolina on May 25, 2024, where his family is having a family reunion. He will be taking a plane on May 24th and will be returning on May 28th, 2024. The reunion will be held at a park. During Mr. Walker's stay, he will be staying with his father. Mr. Walker will be traveling with his fiancée. Mr. Walker will provide all travel details to his Pretrial Service Officer ("PTSO") Meherun Mayer, should Your Honor grant this request.

    PTSO, Meherun Mayer, has no objection to this travel request as long as Mr. Walker provides an itinerary prior to the trip. AUSA, Jamie Bagliebter, defers to Pretrial Services.

    Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,

Lorraine Gauli-Rufo,
*Attorney for Rashawn Walker*

cc:  Mitzi Steiner, AUSA
     Jamie Bagliebter, AUSA
     Meherun Mayer, PTSO

1